IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITIZEN WATCH CO., LTD. and CITIZEN DISPLAYS CO., LTD., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. _____ <br> ) <br> ) JURY TRIAL DEMAND <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiffs, for their Complaint against Defendants, hereby allege as follows:

### Nature of the Action

1.      This is an action for the willful infringement of a United States patent.

### The Parties

2.      Plaintiff Honeywell International Inc. ("Honeywell International") is a corporation organized and existing under the laws of Delaware with its principal place of business in Morristown, New Jersey.

3.      Plaintiff Honeywell Intellectual Properties Inc. ("HIPI") is a corporation organized and existing under the laws of Arizona with its principal place of business in Tempe, Arizona. (Honeywell International and HIPI will be referred to collectively as "Honeywell.")

4.      Upon information and belief, Citizen Watch Co., Ltd. ("Citizen Japan") is a Japan corporation with its principal place of business in Tokyo, Japan.

5.  Upon information and belief, Defendant Citizen Displays Co., Ltd. ("Citizen Displays") is a Japan corporation having its principal place of business in Tokyo, Japan. (Citizen Japan and Citizen Displays will be referred to collectively as "Citizen.")

**Jurisdiction and Venue**

6.  This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1338(a).

7.  Personal jurisdiction over defendants comports with the United States Constitution and § 3104 of title 10 of the Delaware Code because defendants have committed and continue to commit, have contributed and continue to contribute to, and have induced and continue to induce acts of patent infringement in this district as alleged in this Complaint.

8.  Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c) and 1400(b).

**Background to the Action**

9.  In the 1980s, years before LCD screen-containing products such as cellular phones, digital cameras, PDAs, and portable DVD players became ubiquitous in the consumer electronics market, the aviation and aerospace industry became interested in replacing traditional cockpit displays with LCD displays. Honeywell invested heavily in developing the technology necessary to provide LCD displays that would meet this need.

10. Among Honeywell's LCD display inventions was technology that enables a display to produce a brighter image (making the screen easier to see) without requiring additional power while helping to reduce the appearance of an undesirable interference

pattern called the "Moire effect" on the screen. Honeywell protected this invention by obtaining United States Patent No. 5,280,371, (the "'371 Patent"), which was duly and legally issued by the United States Patent and Trademark Office on January 18, 1994. A copy of the '371 Patent is attached hereto as Exhibit 1.

11. Honeywell possesses the right to sue infringers of the '371 Patent.

### Acts Giving Rise to the Action

12. Citizen has been and is engaged in the manufacture, importation, offer for sale, and/or sale of liquid crystal display (LCD) modules that are incorporated into products that are sold in the United States with the knowledge and intention that such LCD screen-containing products would be sold throughout the United States, including this judicial district. Such products include at least one of the following: laptop computers, cellular phones, PDAs, digital still cameras, video cameras, portable DVD players, portable televisions, portable entertainment systems, and/or portable navigation aids.

13. At least some of the LCD modules and/or LCD screen-containing products manufactured, imported, offered for sale, and/or sold by Citizen infringe the '371 patent literally and/or under the doctrine of equivalents, making Citizen liable for direct and/or indirect infringement under 35 U.S.C. § 271.

14. The manufacture, importation, offer for sale, or sale of these infringing products, and/or the continued such manufacture, importation, offer for sale, or sale of them in the future by Citizen is and/or will be willful, warranting a finding that this is an exceptional case pursuant to 35 U.S.C. § 285, entitling Honeywell to treble damages, and an award of attorneys' fees.

## Prayer for Relief

WHEREFORE, Plaintiffs pray for entry of a judgment against Defendants as follows:

a. That Defendants have infringed the '371 patent;

b. That Defendants, and their respective agents, servants, officers, directors, employees and all persons acting in concert with them, directly or indirectly, be preliminarily and permanently enjoined from infringing, inducing others to infringe, or contributing to the infringement of the '371 patent;

c. That Defendants account for and pay to Plaintiffs damages adequate to compensate them for Defendants' infringement, in an amount to be proven at trial, together with interest and costs as fixed by the Court;

d. Finding that Defendants' infringement has been willful and trebling the award of damages;

e. Declaring that this case is exceptional and awarding Plaintiffs their costs and attorneys' fees in accordance with 35 U.S.C. § 285; and

f. That Plaintiffs be awarded such other and further relief as the Court may deem just and equitable.

## Jury Demand

Plaintiffs hereby demand a trial by jury on all issues triable by a jury.

                    MORRIS, NICHOLS, ARSHT & TUNNELL

                    */s/ Thomas C. Grimm*

                    Thomas C. Grimm (#1098)
                    Leslie A. Polizoti (#4299)
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE 19899-1347
                    (302) 658-9200
                    tcgefiling@mnat.com
                    lpolizoti@mnat.com
                        *Attorneys for Plaintiffs*

OF COUNSEL:

Martin R. Lueck
ROBINS, KAPLAN, MILLER
  & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

December 16, 2005
496452

5