IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL INC. and )
HONEYWELL INTELLECTUAL PROPERTIES )
INC., )
                            )
            Plaintiffs, )
                            )     C.A. No. _____
    v. )
                            )     JURY TRIAL DEMAND
CITIZEN WATCH CO., LTD. and CITIZEN )
DISPLAYS CO., LTD., )
                            )
           Defendants. )

## PLAINTIFFS' RULE 7.1 CERTIFICATION

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Honeywell International Inc. ("Honeywell") states that it has no parent corporation and that one publicly held corporation, State Street Bank & Trust, holds more than 10% of Honeywell's common stock. Plaintiff Honeywell Intellectual Properties Inc. ("HIPI") states that Honeywell is the parent corporation of HIPI, and that no publicly held corporation owns more than 10% of the stock of HIPI.

MORRIS, NICHOLS, ARSHT & TUNNELL

*Thomas C Grimm*

Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tcgefiling@mnat.com
lpolizoti@mnat.com
*Attorneys for Plaintiffs*

OF COUNSEL:

Martin R. Lueck
ROBINS, KAPLAN, MILLER
   & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

December 16, 2005
496561