IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITIZEN WATCH CO., LTD. and CITIZEN DISPLAYS CO., LTD., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-874-KAJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. (collectively, "Honeywell"), and counsel for defendants Citizen Watch Co., Ltd. and Citizen Displays Co., Ltd. (collectively, the "Citizen entities"), that:

1. On behalf of the Citizen entities, the undersigned counsel for the Citizen entities accepts service and waives formal service of the Complaint in this action;

2. The Citizen entities shall have an extension to and including February 21, 2006, to answer, move, or otherwise plead in response to the Complaint; and

3. The Citizen entities shall move with Honeywell to consolidate this action, for all purposes, with C.A. No. 04-1338-KAJ.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
| /s/ *Leslie A. Polizoti* | /s/ *John M. Seaman* |
| Thomas C. Grimm (#1098)<br>Leslie A. Polizoti (#4299)<br>1201 N. Market Street, P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>tcgefiling@mnat.com<br>lpolizoti@mnat.com<br>*Attorneys for Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc.* | David J. Margules (#2254)<br>John M. Seaman (#3868)<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>(302) 573-3500<br>jseaman@bmf-law.com<br>*Attorneys for Defendants Citizen Watch Co., Ltd. and Citizen Displays Co., Ltd.* |

SO ORDERED this ___ day of January, 2006.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I certify that on January 6, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to Thomas C. Grimm.

I further certify that, on January 6, 2006, I caused copies of the foregoing document to be served on the following in the manner indicated:

**BY HAND**
John M. Seaman
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

/s/ *Leslie A. Polizoti* (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com