IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and<br>HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>      Plaintiffs,<br><br>vs.<br><br>CITIZEN WATCH CO., LTD. and<br>CITIZEN DISPLAYS CO. LTD.,<br>      Defendants. | )<br>)<br>)<br>) C.A. No. 05-874-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS MOTION AND ORDER
### FOR ADMISSION PRO HAC VICE OF STUART LUBITZ

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent Defendants Citizen Watch Co., Ltd. and Citizen Displays Co. Ltd.: Stuart Lubitz, Hogan & Harson, LLP, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067-6047, (310) 785-4600.

|  |  |
|---|---|
|  | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
| OF COUNSEL: | /s/ John M. Seaman<br>David Margules (Bar No. 2554) |
| Stuart Lubitz<br>David H. Ben-Meir<br>Robert J. Benson<br>HOGAN & HARTSON LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-6047<br>Tel: (310) 785-4600 | John M. Seaman (Bar No. 3868)<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>Tel: (302) 573-3508<br>Fax: (302) 573-3501<br>E-mail: dmargules@bmf-law.com<br>E-mail: jseaman@bmf-law.com |
| Dated: January 24, 2006 | *Attorneys for Defendants*<br>*Citizen Watch Co., Ltd. and Citizen Displays Co. Ltd.* |

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of January, 2006, that counsel's motion for admission *pro hac vice* is granted.

_____
United States District Judge