## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Stuart Lubitz
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067-6047
Tel: (310) 785-4600

Dated: January 5, 2006

\\\CC - 75075/0600 - 54442 v1