IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL INC. and )
HONEYWELL INTELLECTUAL PROPERTIES INC., )
                                                )
                    Plaintiffs, )   C.A. No. 05-874-KAJ
                                                )
           vs. )
                                                )
CITIZEN WATCH CO., LTD. and )
CITIZEN DISPLAYS CO. LTD., )
                  Defendants. )
                                                )

## DEFENDANTS MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE OF DAVID H. BEN-MEIR

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of the following attorney to represent Defendants Citizen Watch Co., Ltd. and

Citizen Displays Co. Ltd.: David H. Ben-Meir, Hogan & Harson, LLP, 1999 Avenue of the Stars,

Suite 1400, Los Angeles, CA 90067-6047, (310) 785-4600.

BOUCHARD MARGULES & FRIEDLANDER, P.A.

OF COUNSEL:

Stuart Lubitz
David H. Ben-Meir
Robert J. Benson
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6047
Tel: (310) 785-4600

Dated: January 24, 2006

/s/ John M. Seaman
David Margules  (Bar No. 2554)
John M. Seaman  (Bar No. 3868)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Tel:  (302) 573-3508
Fax:  (302) 573-3501
E-mail: dmargules@bmf-law.com
E-mail: jseaman@bmf-law.com

*Attorneys for Defendants*
*Citizen Watch Co., Ltd. and Citizen Displays Co. Ltd.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of January, 2006, that counsel's

motion for admission *pro hac vice* is granted.

_____
United States District Judge