## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2006, I electronically filed the foregoing document entitled **DEFENDANTS MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF DAVID H. BEN-MEIR** with the Clerk of Court using CM/ECF. I also caused a copy of the document to be served upon the following recipients in the manner indicated.

| **BY CM/ECF EMAIL NOTIFICATION** | **ATTORNEYS FOR PLAINTIFFS HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC.** |
|---|---|
| Thomas C. Grimm, Esq.<br>Leslie A. Polizoti, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>E-mail: lpolizoti@mnat.com<br>E-mail: tcgefiling@mnat.com | |

BOUCHARD MARGULES & FRIEDLANDER, P.A.

　/s/ John M. Seaman
David Margules (Bar No. 2554)
John M. Seaman (Bar No. 3868)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Tel: (302) 573-3508
Fax: (302) 573-3501
E-mail: dmargules@bmf-law.com
E-mail: jseaman@bmf-law.com

*Attorneys for Defendants*
*Citizen Watch Co., Ltd. and Citizen Displays Co. Ltd.*

1