## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 21, 2006, I electronically filed the foregoing document entitled DEFENDANTS CITIZEN WATCH CO. LTD. AND CITIZEN DISPLAYS CO., LTD.'S ANSWER TO THE COMPLAINT, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS; DEMAND FOR JURY TRIAL with the Clerk of Court using CM/ECF, which will send notification of such filing to the following people at their respective email addresses listed on the following service list:

**Leslie A. Polizoti, Esq.**
**Thomas C. Grimm, Esq.**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899
Tel:   (302) 658-9200
Fax:   (302) 658-3989
E-mail: lpolizoti@mnat.com
E-mail: tcgefiling@mnat.com

                            BOUCHARD MARGULES & FRIEDLANDER, P.A.

                            /s/ John M. Seaman
                          David Margules (Bar No. 2554)
                          John M. Seaman (Bar No. 3868)
                          222 Delaware Avenue, Suite 1400
                          Wilmington, DE 19801
                          Tel:   (302) 573-3508
                          Fax:   (302) 573-3501
                          E-mail:   dmargules@bmf-law.com
                          E-mail:   jseaman@bmf-law.com

                          Attorneys for Defendants
                          CITIZEN WATCH CO., LTD. AND
                          CITIZEN DISPLAY CO., LTD.