## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., ) | |
| AND HONEYWELL INTELLECTUAL ) | C.A. No.  05-874 KAJ |
| PROPERTIES INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CITIZEN WATCH CO., LTD. AND CITIZEN ) | |
| DISPLAYS CO., LTD., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DEFENDANTS CITIZEN WATCH CO., LTD
### AND CITIZEN DISPLAYS CO., LTD.'S
### RULE 7.1 CERTIFICATION

Pursuant to Fed.R.Civ.P. Rule 7.1, Citizen Watch Co., Ltd. and Citizen Display Co., Ltd., defendants in the above-captioned case, provide the following information to the Court:

Defendant Citizen Watch Co., Ltd. hereby discloses that it has no parent corporation. Japan Trustee Services Bank, a publicly-held corporation, owns 10% or more of Citizen Watch Co., Ltd.'s stock.

Defendant Citizen Displays Co., Ltd. hereby discloses that it is a wholly owned subsidiary of Citizen Watch Co., Ltd., a publicly owned corporation.

BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/ John M. Seaman

David Margules (Bar No. 2554)

OF COUNSEL:

Stuart Lubitz
David H. Ben-Meir
HOGAN & HARTSON, LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067-6047

John M. Seaman (Bar No. 3868)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Tel:   (302) 573-3508
Fax:   (302) 573-3501
E-mail:dmargules@bmf-law.com
E-mail:jseaman@bmf-law.com

Attorneys for Defendants
CITIZEN WATCH CO. LTD AND
CITIZEN DISPLAYS CO., LTD

Dated: February 21, 2006