IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and<br>HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE COMPUTER, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)  C.A. No. 04-1338-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| HONEYWELL INTERNATIONAL INC. and<br>HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CITIZEN WATCH CO., LTD. and CITIZEN<br>DISPLAYS CO., LTD.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-874-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION AND ORDER FOR CONSOLIDATION

Pursuant to Fed. R. Civ. P. 42(a), Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. ("Honeywell") and Defendants Citizen Watch Co., Ltd. and Citizen Displays Co., Ltd. ("Citizen") hereby move for an order consolidating *Honeywell v. Citizen*, C.A. No. 05-874 (KAJ) and *Honeywell v. Apple Computer, Inc., et al.*, C.A. No. 04-1338 (KAJ) for all purposes on the grounds that both cases involve common questions of law and fact.

Honeywell and Citizen request that the civil action number of the consolidated cases be C.A. No. 04-1338 (consolidated), that the Scheduling Order entered in that action apply to the consolidated cases, and that all papers be hereafter filed in C.A. No. 04-1338.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
|---|---|
| /s/ *Leslie A. Polizoti* | /s/ *John M. Seaman* |
| Thomas C. Grimm (#1098)<br>Leslie A. Polizoti (#4299)<br>1201 N. Market Street, P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>tcgefiling@mnat.com<br>lpolizoti@mnat.com<br>*Attorneys for Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc.* | David J. Margules (#2254)<br>John M. Seaman (#3868)<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>(302) 573-3500<br>jseaman@bmf-law.com<br>*Attorneys for Defendants Citizen Watch Co., Ltd. and Citizen Displays Co., Ltd.* |

SO ORDERED this ___ day of March, 2006.

_____
United States District Judge

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1.1

I hereby certify, pursuant to D. Del. LR 7.1.1, that the subject of the foregoing motion has been discussed with counsel for the Manufacturer Defendants. The following Manufacturer Defendants have consented to this motion: Samsung SDI, Sony, Quanta Display, Fuji, Seiko Epson, SEID, Optrex, Matsushita and Arima Display. Plaintiffs' counsel has not received a response from BOE Hydis, HannStar, Hitachi, ID Tech, Philips, Toppoly, Wintek, or Casio.

/s/ *Leslie A. Polizoti* (#4299)
Leslie A. Polizoti

CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: John R. Alison, Parker H. Bagley, Robert J. Benson, Robert Karl Beste, III, Elizabeth L. Brann, John M. Caracappa, Christopher E. Chalsen, Arthur G. Connolly, III, Frederick L. Cottrell, III, Francis DiGiovanni, Thomas M. Dunham, Amy Elizabeth Evans, York M. Faulkner, Christopher J. Gaspar, Alexander E. Gasser, Alan M. Grimaldi, Thomas C. Grimm, Thomas Lee Halkowski, Richard L. Horwitz, John T. Johnson, Robert J. Katzenstein, Nelson M. Kee, Richard D. Kelly, Stephen S. Korniczky, Hamilton Loeb, Robert Maier, David J. Margules, David Ellis Moore, Carolyn E. Morris, Arthur I. Neustadt, Elizabeth A. Niemeyer, Kevin M. O'Brien, Gerard M. O'Rourke, Andrew M. Ollis, Karen L. Pascale, Adam Wyatt Poff, Leslie A. Polizoti, Alana A. Prills, Steven J. Rizzi, Avelyn M. Ross, Philip A. Rovner, Robert C. Scheinfeld, Carl E. Schlier, John M. Seaman, Chad Michael Shandler, John W. Shaw, Neil P. Sirota, Monte Terrell Squire, William J. Wade, Roderick B. Williams and Edward R. Yoches.

I also certify that on March 10, 2006, I caused to be served true and correct copies of the foregoing document on the following by hand:

Frederick L. Cottrell, III
Chad M. Shandler
RICHARDS LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
*Attorneys for Eastman Kodak Company*

William J. Wade
RICHARDS LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
*Attorneys for Matsushita Electrical Industrial Co., Matsushita Electrical Corporation of America and Arima Display*

Adam Wyatt Poff
YOUNG CONAWAY STARGATT
 & TAYLOR
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Pentax Corporation
and Pentax U.S.A., Inc.*

John W. Shaw
Monte T. Squire
YOUNG CONAWAY STARGATT & TAYLOR
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Olympus Corporation, Olympus
America, Inc., Sony Corporation, Sony
Corporation of America, ST Liquid Crystal Display
and Quanta Display Inc.*

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899
*Attorneys for BOE-Hydis Tech. Co., Ltd.,
Concord Cameras, Dell
Inc., Fujitsu Limited, Fujitsu America,
Inc., Fujitsu Computer Products of
America, Inc., HannStar Display Corp., Hitachi
Display Devices, Ltd., Hitachi Displays, Ltd.,
Hitachi Electronic Devices (USA) Inc., Hitachi
Ltd., Toppoly Optoelectronics Corp., Toshiba
Corporation,
Toshiba America, Inc., Philips Electronics
North America Corp., Wintek
Electro-Optics Corporation, Samsung SDI
America Inc. and Samsung SDI Co., Ltd.*

Philip A. Rovner
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899
*Attorneys for Fuji Photo Film Co., Ltd. and
Fuji Photo Film U.S.A., Inc.*

Arthur G. Connolly, III
Brian M. Gottesman
CONNOLLY, BOVE, LODGE & HUTZ LLP
The Nemours Building, 8th Floor
1007 N. Orange Street, P.O. Box 2207
Wilmington, DE 19899
*Attorneys for Navman NZ Limited
and Navman U.S.A. Inc.*

Francis DiGiovanni
James M. Olson
CONNOLLY, BOVE, LODGE & HUTZ LLP
The Nemours Building, 8th Floor
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Attorneys for Sony Ericcson Mobile
Communications AB and Sony Ericcson
Mobile Communications (USA) Inc.*

5

Thomas L. Halkowski
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
*Attorneys for Apple Computer, Inc., Casio Computer Co., Ltd., and Casio, Inc.*

Robert J. Katzenstein
Joelle E. Polesky
SMITH, KATZENSTEIN
  & FURLOW LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
*Attorneys for Kyocera Wireless Corp. and Seiko Epson Corporation*

Gerard M. O'Rourke
CONNOLLY, BOVE, LODGE & HUTZ
The Nemours Building
1007 North Orange Street
Wilmington DE 19899
*Attorney for AU Optronics Corp. and AU Optronics Corp. of America*

John M. Seaman
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Ave., Suite 1400
Wilmington DE 19801
*Attorney for Citizen*

Amy Evans
CROSS & SIMON
913 N. Market Street, Suite 1001
P.O. Box 1380
Wilmington, DE 19899-1380
*Attorneys for Argus a/k/a Hartford Computer Group, Inc.*

Karen L. Pascale
YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
The Brandywine Building, 17th fl.
1000 West Street
Wilmington, DE 19801
*Attorneys for Optrex America, Inc.*

William J. Marsden, Jr.
FISH & RICHARDSON, P.C.
919 North Market Street, Suite 1100
Wilmington DE 19899-1114
*Attorney for ID Tech*

   /s/ Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT AND TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com

6