IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 04-1338-JJF |
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUDIOVOX COMMUNICATIONS CORP., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 04-1337-JJF |
| OPTREX AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 04-1536-JJF |

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiff, <br><br> v. <br><br> CITIZEN WATCH CO. LTD., et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 05-874-JJF |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 4, 2008, copies of:

*Supplemental Responses and Objections of Olympus Corporation and Olympus America Inc. to Plaintiffs' Notice of Rule 30(b)(6) Deposition of Defendants*

were served upon the following counsel of record as indicated below:

**By E-Mail**

| | |
|---|---|
| REPRESENTING HONEYWELL INTERNATIONAL INC. AND HONEYWELL INTELLECTUAL PROPERTIES INC. (C.A. 04-1337) | Steven J. Balick <br> sbalick@ashby-geddes.com <br> John G. Day <br> jday@ashby-geddes.com <br> Lauren E. Maguire <br> lmaguire@ashby-geddes.com |
| REPRESENTING AUDIOVOX ELECTRONICS CORPORATION (C.A. 04-1337) <br> REPRESENTING AUDIOVOX COMMUNICATIONS CORP. (C.A. 04-1337) | William F. Taylor, Jr. <br> wtaylor@mccarter.com <br><br> Matt Neiderman <br> mneiderman@duanemoris.com <br> D. Joseph English <br> djenglish@duanemorris.com |
| REPRESENTING NIKON CORPORATION AND NIKON INC. (C.A. 04-1337) | Richard L. Horwitz <br> rhorwitz@potteranderson.com <br> David E. Moore <br> dmoore@potteranderson.com <br> William J. Marsden, Jr. (NIKON INC.) <br> marsden@fr.com <br> Barry W. Graham <br> barry.graham@finnegan.com <br> Darren M. Jiron <br> darren.jiron@finnegan.com |

| | |
|---|---|
| REPRESENTING NOKIA CORPORATION AND NOKIA INC.<br>(C.A. 04-1337) | Thomas L. Halkowski<br>halkowski@fr.com<br>William J. Marsden, Jr. marsden@fr.com<br>Lauren A. Degnan<br>degnan@fr.com<br>Andrew R. Kopsidas<br>kopsidas@fr.com |
| REPRESENTING SAMSUNG SDI CO., LTD. (THIRD-PARTY DEFENDANT)<br>(C.A. 04-1337) | Richard L. Horwitz<br>rhorwitz@potteranderson.com<br>David E. Moore<br>dmoore@potteranderson.com<br>Alana A. Prills<br>alanaprills@paulhastings.com<br>Carolyn E. Morris<br>carolynmorris@paulhastings.com<br>Elizabeth L. Brann<br>elizabethbrann@paulhastings.com<br>Hamilton Loeb<br>hamiltonloeb@paulhastings.com<br>Stephen S. Korniczky<br>stephenkorniczky@paulhastings.com |
| REPRESENTING SANYO ELECTRIC CO., LTD. AND SANYO NORTH AMERICA<br>(C.A. 04-1337) | Richard L. Horwitz<br>rhorwitz@potteranderson.com<br>David E. Moore<br>dmoore@potteranderson.com<br>Michael A. Dorfman<br>Michael.dorfman@kattenlaw.com<br>Timothy J. Vezeau<br>timothy.vezeau@kattenlaw.com<br>Richard P. Bauer<br>richard.bauer@kattenlaw.com |
| REPRESENTING SEIKO EPSON CORPORATION<br>(C.A. 04-1337) | Robert J. Katzenstein<br>rjk@skfdelaware.com<br>Robert J. Benson<br>rjbenson@hhlaw.com |
| REPRESENTING HONEYWELL INTERNATIONAL, INC. AND HONEYWELL INTELLECTUAL PROPERTIES, INC.<br>(C.A.04-1338) | Thomas C. Grimm<br>tgrimm@mnat.com<br>Matthew L. Woods<br>mlwoods@rkmc.com<br>Alan E. McKenna<br>aemckenna@rkmc.com<br>Stacie E. Oberts<br>seoberts@rkmc.com |
| REPRESENTING APPLE<br>(C.A.04-1338) | Thomas L. Halkowski<br>halkowski@fr.com<br>Kelly C. Hunsaker<br>hunsaker@fr.com<br>Frank E. Scherkenbach<br>scherkenbach@fr.com |

3

| | |
|---|---|
| REPRESENTING ARGUS<br>(C.A.04-1338) | Richard H. Cross, Jr.<br>rcross@crosslaw.com<br>Amy Evans<br>aevans@crosslaw.com<br>Brian D. Roche<br>broche@reedsmith.com |
| REPRESENTING CASIO<br>(C.A.04-1338) | Thomas L. Halkowski<br>halkowski@fr.com<br>John T. Johnson<br>jjohnson@fr.com |
| REPRESENTING CITIZEN WATCH CO., LTD. AND CITIZEN DISPLAYS CO., LTD.<br>(C.A.04-1338) | David J. Margules<br>dmargules@bmf-law.com<br>Stuart Lubitz<br>slubitz@hhlaw.com<br>David H. Ben-Meir<br>dhben-meir@hhlaw.com<br>Rose Hickman<br>rahickman@hhlaw.com |
| REPRESENTING CONCORD<br>(C.A. 04-1338) | Richard L. Horwitz<br>rhorwitz@potteranderson.com<br>David E. Moore<br>dmoore@potteranderson.com<br>Scott L. Lampert<br><u>by facsimile only</u>: (954) 989-4103 |
| REPRESENTING DELL<br>(C.A.04-1338) | Richard L. Horwitz<br>rhorwitz@potteranderson.com<br>David E. Moore<br>dmoore@potteranderson.com<br>Avelyn M. Ross<br>aross@velaw.com<br>Willem G. Schuurman<br>bschuurman@velaw.com<br>Roderick B. Williams<br>rickwilliams@velaw.com |
| REPRESENTING EASTMAN KODAK<br>(C.A.04-1338) | Frederick L. Cottrell, III<br>cottrell@rlf.com<br>Chad M. Shandler<br>shandler@rlf.com<br>Neal Slifkin<br>nslifkin@hanisbeach.com<br>Paul J. Yesawich, III<br>pyesawich@harrisbeach.com<br>Laura W. Smalley<br>lsmalley@harrisbeach.com |

DB01:2615527.1                                                                                                                              063723.1001

| | |
|---|---|
| REPRESENTING FUJIFILM CORPORATION AND FUJIFILM U.S.A., INC. (C.A.04-1338) | Philip A. Rovner<br>provner@potteranderson.com<br>Angie M. Hankins<br>ahankins@stroock.com<br>Matthew W. Siegal<br>msiegal@stroock.com<br>Lawrence Rosenthal<br>lrosenthal@stroock.com |
| REPRESENTING FUJITSU (C.A.04-1338) | Richard L. Horwitz<br>rhorwitz@potteranderson.com<br>David E. Moore<br>dmoore@potteranderson.com<br>Parker H. Bagley<br>pbagley@milbank.com<br>Christopher E. Chalsen<br>cchalsen@milbank.com<br>Christopher J. Gaspar<br>cgaspar@milbank.com |
| REPRESENTING HOYA (FORMERLY PENTAX) (C.A.04-1338) | Adam W. Poff<br>apoff@ycst.com<br>Michael J. Fink<br>mfink@gbpatent.com<br>Neil F. Greenblum<br>ngreenblum@gbpatent.com<br>P. Branko Pejic<br>bpejic@bgpatent.com |
| REPRESENTING INNOLUX DISPLAY CORPORATION (C.A.04-1338) | Matt Neiderman<br>mneiderman@duanemorris.com<br>Donald R. McPhail<br>drmcphail@duanemorris.com |
| REPRESENTING KYOCERA (C.A.04-1338) | Robert J. Katzenstein<br>rjk@skfdelaware.com<br>Robert K. Beste, III<br>rkb@skfdelaware.com<br>Stuart Lubitz<br>slubitz@hhlaw.com<br>David H. Ben-Meir<br>dhben-meir@hhlaw.com<br>Rose Hickman<br>rahickman@hhlaw.com |
| REPRESENTING MEI/MEC (MATSUSHITA) (C.A.04-1338) | William J. Wade<br>wade@rlf.com<br>Steven A. Reiss<br>steven.reiss@weil.com<br>David J. Lender<br>david.lender@weil.com |

5

| | |
|---|---|
| REPRESENTING NAVMAN<br>(C.A.04-1338) | Arthur G. Connolly, III<br>aconnollyIII@cblh.com<br>Brian M. Gottesman<br>bgottesman@cblh.com<br>Bradford P. Lyerla<br>blyerla@marshallip.com |
| REPRESENTING OLYMPUS<br>(C.A.04-1338) | John W. Shaw<br>jshaw@ycst.com<br>Richard M. Rosati<br>rrosati@kenyon.com<br>George E. Badenoch<br>gbadenoch@kenyon.com |
| REPRESENTING OPTREX<br>(THIRD-PARTY PLAINTIFF)<br>(C.A.04-1338 AND 04-1536) | Karen L. Pascale<br>kpascale@ycst.com<br>Thomas J. Fisher<br>tfisher@oblon.com<br>Alexander E. Gasser<br>agasser@oblon.com<br>Richard D. Kelly<br>rkelly@oblon.com<br>Andrew M. Ollis<br>aollis@oblon.com<br>John F. Presper<br>jpresper@oblon.com |
| REPRESENTING SAMSUNG SDI CO., LTD.<br>AND SAMSUNG SDI AMERICA, INC.<br>(C.A.04-1338) | Richard L. Horwitz<br>rhorwitz@potteranderson.com<br>David E. Moore<br>dmoore@potteranderson.com<br>Alana A. Prills<br>alanaprills@paulhastings.com<br>Carolyn E. Morris<br>carolynmorris@paulhastings.com<br>Elizabeth L. Brann<br>elizabethbrann@paulhastings.com<br>Hamilton Loeb<br>hamiltonloeb@paulhastings.com<br>Stephen S. Korniczky<br>stephenkorniczky@paulhastings.com |
| REPRESENTING SONY CORPORATION<br>(C.A.04-1338) | John W. Shaw<br>jshaw@ycst.com<br>John Flock<br>jflock@kenyon.com<br>Robert L. Hails, Jr.<br>rhails@kenyon.com<br>Michael Shen<br>mshen@kenyon.com |
| REPRESENTING SONY ERICSSON<br>(C.A.04-1338) | Francis DiGiovanni<br>fdigiovanni@cblh.com |

DB01:2615527.1                                                                                                                                                   063723.1001

| | |
|---|---|
| REPRESENTING TOSHIBA<br>(C.A.04-1338) | Richard L. Horwitz<br>rhorwitz@potteranderson.com<br>David E. Moore<br>dmoore@potteranderson.com<br>Arthur I. Neustadt<br>aneustadt@oblon.com<br>Carl E. Schlier<br>cschlier@oblon.com |

PLEASE TAKE FURTHER NOTICE that on September 4, 2008, a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the counsel of record indicated above.

Additionally, on September 4, 2008, copies of this Notice of Service were served on counsel of record in the manner indicated above.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Andrew A. Lundgren
_____
John W. Shaw (#3362) [jshaw@ycst.com]
Andrew A. Lundgren (#4429) [alundgren@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

*Attorneys for Defendants*
*Olympus Corporation and Olympus America Inc.*

OF COUNSEL:

George E. Badenoch
Richard M. Rosati
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Tel. (212) 425-7200

Dated: September 4, 2008